# EXHIBIT 1



**From:** Dan Harris <harris@braunhagey.com>
**Sent:** Tuesday, May 11, 2021 10:54 PM
**To:** Oxana Koreneva <o.koreneva@londontechnologyclub.com>; Konstantin Sidorov <k.sidorov@londontechnologyclub.com>; Kannan Paul <k.paul@londontechnologyclub.com>
**Cc:** Isabel Swanson <swanson@braunhagey.com>; Nikka Umil <Umil@braunhagey.com>; jeff@outdoorsy.com; Mike Dougherty <mikedougherty@outdoorsy.co>
**Subject:** RE: Outdoorsy | Private Placement (London Partners)

Oxana and Team –

We are confirming that the closing date for Outdoorsy's private placement round is this Thursday, May 13.

In furtherance of closing, please find attached a zip file with updated, substantially final versions of Outdoorsy's Series D financing documents (with redlines against the last versions circulated) and the company's wire instructions.  Nikka will follow-up shortly with docusigns to collect your signatures to the financing documents, to be held in escrow pending your release upon closing.

We will continue to follow-up with remaining ancillary materials leading up to closing on Thursday.  In the interim, please do feel free to reach out with any questions.

Best,

Dan


Dan Harris | Partner
**BRAUNHAGEY & BORDEN** LLP
Direct:  (415) 599-0215
Cell:  (914) 980-3329

This message is intended only for the confidential use of the intended recipient(s) and may contain protected information that is subject to attorney-client, work product, joint defense and/or other legal privileges.  If you are not the intended recipient, please contact me immediately at the phone number listed above and permanently delete the original message and any copies thereof from your email system.  Thank you.



# FX Wire Operations/Domestic/International USD Dollar (USD) Inbound Instructions

**Federal Reserve Payment Routing Instructions**

| | |
|---|---|
| **Receiver** | Pacific Western Bank |
| **ABA/Routing #** | ▮▮▮▮▮▮ |
| (FED field 3400) | |
| **Beneficiary** | ▮▮▮▮▮▮ |
| (FED field 4200) | Outdoorsy, Inc |
| | 1300 Guadalupe Street, Suite 110 |
| | Austin, TX 78701 |

**S.W.I.F.T. Payment Routing Instructions (International)**

| | |
|---|---|
| **Beneficiary Bank** | ▮▮▮▮▮▮ |
| (S.W.I.F.T. field 57A) | Pacific Western Bank |
| | 406 Blackwell Street, Suite 240 |
| | Durham, NC 27701 |
| **Beneficiary** | |
| (S.W.I.F.T. field 59) | |

For any questions, please contact Pacific Western Bank Global Funds Transfer Department at 866.355.7174.