| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 27 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LTC (BVI) LIMITED,

       Plaintiff-Appellee,

 v.

BRAUNHAGEY & BORDEN LLP,

       Defendant-Appellant.

No. 22-16252

D.C. No. 4:22-cv-03481-YGR
Northern District of California, Oakland

ORDER

Before: S.R. THOMAS, BENNETT, and H.A. THOMAS, Circuit Judges.

    LTC (BVI) Limited's motion to transfer consideration of attorneys' fees on appeal to the district court is **GRANTED**. Dkt. 39; *see* 9th Cir. Rule 39-1.8.